

# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2021

No. 04-18-00411-CV

**REPSOL OIL AND GAS USA, LLC** as successor of Talisman Energy USA Inc, Statoil Texas
Onshore Properties, LLC, and Statoil Pipelines, LLC, and OGE, LLC,
Appellants

v.

**MATRIX PETROLEUM, LLC,** Matrix Petroleum Holdings LLC, JAR Resources Holdings,
L.P., and TMRX Petroleum, LLC,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00158-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

On February 16, 2021, Repsol Oil and Gas USA, LLC filed an Unopposed Motion for
Leave to File Response to Appellees' Conditional Sur-Reply. The motion is **GRANTED**.

It is so **ORDERED** March 1, 2021.

**PER CURIAM**

ATTESTED TO:_____
MICHAEL A. CRUZ,
CLERK OF COURT